# UNITED STATES DISTRICT COURT

for the

District of Maine

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) | |
| | ) ) ) ) | Case No.   1:25-mj-00177-JCN |
| ROBERT TYLER WICKS | | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Robert Tyler Wicks                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment          ❐ Superseding Indictment          ❐ Information          ❐ Superseding Information          ☑ Complaint

❐ Probation Violation Petition          ❐ Supervised Release Violation Petition          ❐ Violation Notice          ❐ Order of the Court

This offense is briefly described as follows:

  Violation of 18 U.S.C. § 1038(a)(1)

Date and time issued:     11:33 am, May 15 2025

City and state:     Bangor , ME

_Judge's signature_

John C Nivison  U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_Arresting officer's signature_

_Printed name and title_