UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

ROBERT TYLER WICKS

Case No. 1:25-cr- 00092-JAW

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (False Information and hoaxes)

Between about February 13, 2025, and February 14, 2025, in the District of Maine and elsewhere, the defendant

**ROBERT TYLER WICKS**

knowingly engaged in conduct with the intent to convey false and misleading information, under circumstances where such information might reasonably be believed, and where such information indicated that an activity would take place that would constitute a violation of Chapter 40 of Title 18 of the United States Code. Specifically, Defendant Wicks threatened via text messaging and by telephone to detonate a bomb at the Bangor International Airport. Such conduct would constitute a violation of Title 18, United States Code, Section 844(i).

All in violation of Title 18, United States Code, Section 1038(a)(1).

A TRUE BILL,

Date: 6/11/25

Signature Redacted – Original on file with the Clerk's Office

Grand Jury Foreperson

*Andrew McCormack*
Assistant United States Attorney