1:25-cr-00092-JAW

**Synopsis**

| | |
|---|---|
| **Name:** | Robert Tyler Wicks |
| **Address:** (City & State Only) | Decatur, Alabama |
| **Year of Birth and Age:** | 2001; 23 |
| **Violations:** | **CT 1:** False Information and Hoaxes See 18 U.S.C. § 1038(a)(1) (Class D felony) |
| **Penalties:** | **CT 1:** Up to 5 years imprisonment and $250,000 fine. See 18 U.S.C.§§ 1038(a)(1)(A) and 3571(b)(3) |
| **Supervised Release:** | **CT 1:** Not more than 3 years. See 18 U.S.C. §§ 3559(a)(4), 3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **CT 1:** Not more than two years. See 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **CT 1:** Up to three years, less any term of imprisonment. See 18 U.S.C. § 3583(b)(2). |
| **Defendant's Attorney:** | N/A |
| **Primary Investigative Agency and Case Agent Name:** | FBI – Alex White |
| **Detention Status:** | In federal custody on related federal complaint. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot |
| **AUSA:** | Andrew McCormack |
| **Guidelines apply? Y/N** | Yes |

| | |
|---|---|
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | Yes |
| **Assessments:** | $100 per count |
| **Forfeiture** | No |